Certificate Number: 14912-ILC-DE-037132667

Bankruptcy Case Number: 22-70830



14912-ILC-DE-037132667

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 24, 2023, at 9:56 o'clock PM EST, Leonard Wheatley completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of Illinois.

Date: January 25, 2023

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor